UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS


--------------------------------------------------------------------------x
ESLIMERARI RAMOS, on behalf of herself
and all others similarly situated

                                                     Plaintiff,

Civil Action No:
1:24-cv-12335

-v.-

Travelpro Products Inc.


                                        Defendants.
--------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL


       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Travelpro Products, Inc., in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 8, 2025

| For Plaintiff Eslimerari Ramos | For Defendant Travelpro Products, Inc. |
|---|---|
| _s/Yaakov Saks_____<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | _s/Christopher Scott Duke_____<br>Christopher Scott Duke<br>Akerman LLP<br>777 S. Flagler Drive Suite 1100w<br>West Palm Beach, FL 33401<br>Ph: (561) 653-5000<br>chris.duke@akerman.com |

1

## CERTIFICATE OF SERVICE

I certify that on August 8, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Yaakov Saks
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

2